AO 91 (Rev 8/01) Criminal Complaint
Case 7:20-mj-00528   Document 1   Filed on 02/25/20 in TXSD   Page 1 of 3
United States District Court
Southern District of Texas
FILED
FEB 2 5 2020
David J. Bradley, Clerk

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Joel Mata-Tanguma    *PRINCIPAL*    Mexico
YOB: 1975

## CRIMINAL COMPLAINT

Case Number:

**M-20-0528-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 24, 2020** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Elvin Geovany Marin-Ramos, citizen and national of Honduras, and Serafin Guillen-Ceron, a citizen and national of Guatemala, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On February 24, 2020, Border Patrol agents in Roma, Texas responded to a ground sensor activation. Upon arriving at the location, agents observed several subjects boarding a black Ford pickup truck. As agents approached the truck it suddenly sped off. Several subjects that were attempting to get in the truck then fell and absconded into the brush south of the street.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Approved AUSA Mike Mitchell
2/25/20

Signature of Complainant

Annjeri Skarboszewski    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 25, 2020    3:46 pm    at    McAllen, Texas
Date                                                    City and State

Peter E. Ormsby   , U. S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

#### ATTACHMENT TO CRIMINAL COMPLAINT:

M-20-*0528*-M

RE: Joel Mata-Tanguma            A200 940 721

**CONTINUATION:**

Agents continued to follow the truck as it disregarded stop signs and attempted to elude agents by making various turns through neighborhood streets. The vehicle came to a sudden stop near an apartment complex and agents observed a subject with a green shirt and blue jeans exit the driver's side door of the truck. Agents also saw two additional subjects exit the vehicle and flee. Agents apprehended the male subjects with a green shirt, later identified as Joel Mata-Tanguma, along with one other subject that fled the vehicle.

Responding agents searched the brush south of the street and discovered three additional subjects that attempted to conceal themselves in the brush after observing Border Patrol in the area and running from the black pickup truck.

All subjects were then transported to the Rio Grande Valley Centralized Processing Center for processing.

**Principal Statement:**

Joel Mata-Tanguma, a citizen of Mexico, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Joel Mata-Tanguma stated that he had been smuggled across the Rio Grande River near Roma, Texas earlier in the morning on February 24, 2020. He stated that because he could not pay for his smuggling arrangements he was told to pick up illegal aliens. He was driven to a store in Roma, Texas where he was told to drive a Black Ford F-150 to a predetermined location. Mata stated that only one subject got into the truck before he saw Border Patrol and attempted to drive away. Mata further stated that he stopped the truck when he got to a dead end street and attempted to abscond on foot but was apprehended by Border Patrol.

**Material Witness Statement:**

Elvin Geovany Marin-Ramos, a citizen of Honduras, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Elvin Geovany Marin-Ramos stated he made his smuggling arrangements with an unknown person in Mexico and he paid $500 to be smuggled into the United States. He stated he crossed the Rio Grande River in a raft along with one other person. He said he was guided through the brush was told there would be a black vehicle waiting to pick him up. When he got to the street he saw a black truck that turned around and stopped near him. He climbed into the bed of the pickup and when it started to move he saw a marked Border Patrol vehicle behind them. The truck travelled for several blocks before it came to an abrupt stop when he saw the driver get out of the truck and run. He also got out of the truck and attempted to run but was apprehended by Border Patrol.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-20-0528-M

RE: Joel Mata-Tanguma            A200 940 721

CONTINUATION:

Serafin Guillen-Ceron, a citizen of Guatemala, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Serafin Guillen-Ceron stated that he made his smuggling arrangements in Nuevo Leon, Mexico to be taken to Miguel Aleman. Guillen-Ceron stated that he was to pay $3000 to be smuggled to Houston, Texas. He crossed the Rio Grande River on a raft along with nine other people. They were instructed to follow a trail and that a black car would be there to pick them up. As they were making their way towards the street he saw a marked Border Patrol vehicle and ran back into the brush before he saw the vehicle that was supposed to pick them up.